**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David M. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Tuan Nguyen

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN NGUYEN individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSONS COMPANIES, INC.,<br><br>Defendant. | Case No.: 8:24-cv-01405-JWH-MAA<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//
//
//

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Tuan Nguyen ("Plaintiff") and Defendant Albertsons Companies, Inc. ("Defendant") (jointly as the "Parties") have agreed to settle Plaintiff's individual claims in the above-captioned action.

Plaintiff anticipates that the Parties will finalize a written settlement agreement and a dismissal of this action within sixty (60) days of the date of this Notice.

In light of the Parties' settlement, Plaintiff respectfully requests that the Court vacate any upcoming deadlines or hearings in this matter.

Respectfully submitted,

Date: July 19, 2024     **KAZEROUNI LAW GROUP, APC**

By:   <u>/s/    Gustavo Ponce</u>
      Abbas Kazerounian, Esq.
      David J. McGlothlin, Esq.
      Mona Amini, Esq.
      Gustavo Ponce, Esq.
      *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On July 19, 2024, I served the within document(s):

- **NOTICE OF SETTLEMENT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 19, 2024, at Costa Mesa, California.

*/s/ Gustavo Ponce*
Gustavo Ponce