**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Tuan Nguyen

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TUAN NGUYEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSONS COMPANIES, INC.,<br><br>Defendant. | Case No.: 8:24-cv-01405-JWH-MAA<br><br>**STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

///

///

///

KAZEROUNI LAW GROUP, APC

Plaintiff Tuan Nguyen ("Plaintiff") and Defendant Albertsons Companies, Inc. ("Defendant"), (collectively, the "Parties"), by and through their respective counsel of record in this case, hereby jointly request dismissal, with *prejudice*, of Plaintiff's individual claims. The Parties further request dismissal, *without prejudice*, of the unnamed class members' putative class claims. The Parties have reached an agreement in principle to settle this action on an individual basis. *See* Dkt. No. 13. The proposed class has not been certified and the putative class members will not be prejudiced by the dismissal because their respective rights are not affected thereby. Therefore, the Parties respectfully request the Court dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as jointly requested herein without notice.

DATED: August 21, 2024 **KAZEROUNI LAW GROUP, APC**

By: *s/ Gustavo Ponce*
Gustavo Ponce, Esq.
Attorneys for Plaintiff

DATED: August 21, 2024 **WINSTON & STRAWN LLP**

By: *s/ Drew Washington*
Drew Washington, Esq.
Attorneys for Defendant

**SIGNATURE CERTIFICATION**

Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all counsel, and that I have obtained their approval for electronic signatures to this document.

By: *s/ Gustavo Ponce*
Gustavo Ponce, Esq.

KAZEROUNI LAW GROUP, APC

KAZEROUNI LAW GROUP, APC

**PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On August 21, 2024, I served the within document(s):

- **STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**
- **[PROPOSED] ORDER**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 21, 2024, at Las Vegas, Nevada.

/s/ *Gustavo Ponce*
GUSTAVO PONCE